| | |
|---|---|
| KATHLEEN A. LEAVITT<br>CHAPTER 13 BANKRUPTCY TRUSTEE<br>201 Las Vegas Blvd. South, Suite 200<br>Las Vegas, Nevada  89101<br>Telephone:  (702) 853-0700<br>E-Mail: kal13mail@las13.com | *Electroncially Filed on 9/04/09* |

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THOMAS FULTON,<br><br>          Debtor(s). | BK-S 07-18267 LBR<br>Chapter 13<br><br>Date:       N/A<br>Time:      N/A |

### TRUSTEE'S *EX PARTE* MOTION FOR ORDER VACATING ORDER OF DISMISSAL AND REOPEN CHAPTER 13 PROCEEDING

COMES NOW the Chapter 13 Bankruptcy Trustee, Kathleen A. Leavitt, by and through her counsel of record, Sarah E. Smith, Esq., and files herewith her *Ex Parte* **Motion for Order Vacating Order of Dismissal and Reopen Chapter 13 Proceeding** as follows:

The Debtor filed for Chapter 13 bankruptcy relief on December 10, 2007.  The case was dismissed by Order entered September 2, 2009 for failure to make Plan payments.  However, the case was dismissed in error as Debtor's counsel had advised the Trustee's staff that the Debtor was going to convert his case to a case under Chapter 7.

Although the Order dismissing the case was noticed to all the parties of this bankruptcy, and in order that this matter may be resolved as expeditiously as possible, the Trustee requests that she be allowed to file this Motion *ex parte* to allow the case to remain in Chapter 13 in order that the Debtor may convert to Chapter 7 rather than file a new case.  The Order vacating the dismissal Order, after execution by this Honorable Court, shall be noticed to all parties of this bankruptcy case.

. . .

. . .

. . .

. . .

1

THEREFORE, for the foregoing reasons, the Trustee requests that this Court grant the within Motion, allow the Order vacating the "Order Dismissing Case" to be entered, allow the case to be reopened and allow the Trustee to file said Motion *ex parte* with notice of entry of the Order to all parties.

DATED this    4th    day of September, 2009.

/s/    Sarah E. Smith
SARAH E. SMITH, ESQ.
Nevada Bar No. 010762
201 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89101
Attorney for the Trustee,
KATHLEEN A. LEAVITT

2